CITY AND TOWN OF NEW LONDON ET AL. *v.* FREEDOM OF INFORMATION COMMISSION

LOCAL 1303 ET AL. *v.* FREEDOM OF INFORMATION COMMISSION

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New London at Norwich is granted by the court.

*Albert P. Lenge,* in support of the petition.

*Myron B. Bell, William S. Zeman* and *Joel M. Ellis,* in opposition.

Submitted November 28—decided December 5, 1978

THOMAS W. COHN ET AL. *v.* STATE TRAFFIC COMMISSION ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Stamford is denied by the court.

*Edward M. Kweskin,* in support of the petition.

*Thomas J. Groark,* in opposition.

Submitted December 14—decided December 20, 1978